IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3009 |
| | ) | |
| V. | ) | |
| | ) | |
| LLOYD STEVE BROWN and | ) | ORDER |
| KIMBERLY C. BROWN, | ) | |
| | ) | |
| Defendant. | | |

On the oral motion of Defendant Kimberly Brown's counsel, and with the agreement of government's counsel,

IT IS ORDERED that:

(1) This case is removed from the undersigned's July 7, 2008 trial docket.

(2) This matter is referred to Magistrate Judge Piester to reschedule the trial to September 2008.

(3) The time between today's date and the new trial date will be excluded under the provisions of the Speedy Trial Act. See 18 U.S.C. § 3161.

June 18, 2008.   BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge