```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        4:08CR3009
                                )
      V.                        )
                                )
LLOYD STEVEN BROWN, and         )        ORDER
KIMBERLY C. BROWN,              )
                                )
            Defendants.         )
```

Pursuant to the court's prior, filing 120:

1. The trial of this case is set to commence at 9:00 a.m. on September 15, 2008 for a duration of five trial days. Jury selection will be at the commencement of trial.

2. Based upon representations of counsel for defendant Kimberly C. Brown, specifically that this defendant has health issues which will render her unable to attend or fully participate in her trial as previously scheduled, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendants and the public in a speedy trial. Accordingly, the time between today's date and September 15, 2008 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(A).

DATED this 19th day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge