IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3009 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| LLOYD STEVEN BROWN, | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the defendant's motion for additional time to file challenges to the presentence investigation report (filing 176) is granted.

    December 2, 2008.

                                            BY THE COURT:

                                            *S/Richard G. Kopf*
                                            United States District Judge