IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3009 |
| | ) | |
| V. | ) | |
| | ) | |
| LLOYD STEVEN BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The objections to criminal history and firearms enhancement submitted by the defendant (filing 177) require an evidentiary hearing according to the government. (Filing 179). Accordingly,

IT IS ORDERED that:

(1) A one-hour evidentiary hearing, with sentencing to follow, is set on Friday, December 19, 2008, at 10:30 a.m.

(2) The previously scheduled sentencing date of December 4, 2008, is continued to the date provided above.

December 2, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge