IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3009-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LLOYD STEVEN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel advised the undersigned that an evidentiary hearing is no longer necessary. On the oral motion of counsel,

IT IS ORDERED that Defendant Brown's sentencing is rescheduled back to Thursday, December 4, 2008, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

December 3, 2008.                BY THE COURT:

                    s/ *Richard G. Kopf*
                    United States District Judge